FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No: 05CV 155H

| | |
|---|---|
| JANET LYNN BADILLA,<br><br>                               Plaintiff,<br><br>vs.<br><br>WESLAKE FINANCIAL SERVICES, INC.<br><br>                              Defendant. | **ORDER OF DISMISSAL** |

      **THIS COURT**, upon receiving notice of voluntary dismissal of the Plaintiff pursuant to Rule 41(a)(1) and determining that answer has not been filed by the Defendant, hereby orders that the above captioned case is **DISMISSED WITHOUT PREJUDICE**.

      **SO ORDERED, ADJUDGED AND DECREED.**

Signed: October 26, 2005

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge